**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA, as agent for Philip Ameris, and Paul V. Scabilloni, trustees ad litem, Laborers' District Council of Western Pennsylvania Welfare and Pension Funds, Western Pennsylvania Heavy & Highway Construction Advancement Fund, and the Laborers' District Council of Western Pennsylvania and its affiliated local unions,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>S. WATKINS EXCAVATING and SHAWN WATKINS,<br><br>　　　　Defendant(s). | Civil Action No. 2:23-cv-01639-MPK |

## MOTION FOR DEFAULT JUDGMENT

Plaintiff, Laborer's Combined Funds of Western Pennsylvania (the "Funds" or "Plaintiff"), by and through its counsel, GRB Law, files the following Motion for Default Judgment, and states as follows:

1. On September 13, 2023 this action was commenced by the Funds by the filing of a Complaint against Defendant S. Watkins Excavating ("Watkins Excavating") and Shawn Watkins ("Mr. Watkins")(collectively, "Defendants"). *See*, Docket at No. 1

2. On September 21, 2023, the Complaint and Summonses were served on the Defendants. *See*, Docket at Nos. 5-6.

3. Pursuant to Fed. R. Civ. P. 12(a)(1)(A), Defendants were required to file and serve their response to Plaintiff's Complaint no later than October 12, 2023. *Id.*

4.      On December 19, 2023, a default was entered against Defendants by the Clerk of Courts, pursuant to a Request for Default filed by the Plaintiff. *See*, Docket at Nos. 9-10.

## COUNT I

### Laborers' Combined Funds of Western Pennsylvania v. S. Watkins Excavating

5.      Plaintiff now requests the entry of a default judgment against Defendant S. Watkins Excavating.

6.      Watkins Excavating is indebted to the Funds due to its failure to pay fringe benefit contributions and wage deductions to the Plaintiff pursuant to a collective bargaining agreement (the "Agreement").

7.      The Agreement provides for the assessment of interest on the principal amount of delinquent fringe benefit contributions owed by Watkins Excavating.

8.      The Agreement also provides for the assessment of liquidated damages/late charges and attorneys' fees based upon the amount of delinquent sums owed.

9.      As a result of the foregoing, Plaintiff requests the entry of a default judgment against Watkins Excavating in the following amount, per the listed paragraphs in the Complaint.

| | |
|---|---|
| Principal deficiency per paragraph 9 of the Complaint | $8,769.82 |
| Interest after December 1, 2019 per paragraphs 9-10 of the Complaint | $3,917.61 |
| Liquidated Damages/Late Charges per paragraphs 9-10 of the Complaint | $931.18 |
| Subtotal | $13,618.61 |
| Attorney's Fees per paragraph 12 (20% x $17,485.49) | $2,723.72 |
| Additional Costs per Wherefore Paragraph, subparagraph d (Costs = Filing Fee + Service Costs) | $210.00 |
| TOTAL | $16,552.33 |

10. To the best of Plaintiff's knowledge, Watkins Excavating is not in the military service of the United States of America. *See*, Attached Affidavit.

WHEREFORE, Plaintiff Laborers' Combined Funds of Western Pennsylvania respectfully requests that this Honorable Court enter a default judgment in its favor, and against the Defendant, S. Watkins Excavating, in the amount of $16,552.33.

## COUNT II

### Laborers' Combined Funds of Western Pennsylvania v. Shawn Watkins

11. Plaintiff now requests the entry of a default judgment against Defendant Shawn Watkins.

12. Mr. Watkins is indebted to the Funds due to his failure to pay fringe benefit contributions to Plaintiff, pursuant to the Agreement.

13. The Agreement provides for the assessment of interest on the principal amount of delinquent fringe benefit contributions owed by Mr. Watkins.

14. The Agreement also provides for liquidated damages/late charges based upon the amount of delinquent principal sums owed.

15. As a result of the foregoing, Plaintiff requests the entry of a default judgment against Mr. Watkins in the following amount, per the listed paragraphs in the Complaint:

| | |
|---|---|
| Principal deficiency per paragraph 9 of the Complaint | $8,769.82 |
| Interest after December 1, 2019 per paragraphs 9-10 of the Complaint | $3,917.61 |
| Liquidated Damages/Late Charges per paragraphs 9-10 of the Complaint | $931.18 |
| Subtotal | $13,618.61 |
| Attorney's Fees per paragraph 12 (20% x $17,485.49) | $2,723.72 |
| Additional Costs per Wherefore Paragraph, subparagraph d (Costs = Filing Fee + Service Costs) | $210.00 |

| | |
|---|---:|
| TOTAL | $16,552.33 |

16. To the best of Plaintiff's knowledge, Mr. Watkins is not in the military service of the United States of America. *See,* Attached Affidavit.

WHEREFORE, Plaintiff, the Laborers' Combined Funds of Western Pennsylvania, respectfully requests that this Honorable Court enter a default judgment in its favor, and against the Defendant, Shawn Watkins, in the amount of $16,552.33.

## COUNT III

### Laborer's Combined Funds of Western Pennsylvania v. Shawn Watkins

17. Plaintiff now requests the entry of a default judgment against Defendant Shawn Watkins.

18. Mr. Watkins is indebted to Plaintiff due to his failure to pay wage deductions to Plaintiff Funds, pursuant to the Agreement.

19. The Agreement provides for the assessment of interest on the principal amount of delinquent wage deductions owed by Mr. Watkins.

20. The Agreement also provides for liquidated damages/late charges based upon the amount of delinquent principal sums owed.

21. As a result of the foregoing, Plaintiff requests the entry of a default judgment against Mr. Watkins in the following amount, per the listed paragraphs in the Complaint:

| | |
|---|---:|
| Principal deficiency per paragraph 35 of the Complaint | $721.72 |
| Interest after December 1, 2021 per paragraph 37 of the Complaint | $371.94 |
| Liquidated Damages/Late Charges per paragraph 38 of the Complaint | $72.70 |
| TOTAL | $1,166.36 |

WHEREFORE, Plaintiff, the Laborers' Combined Funds of Western Pennsylvania, respectfully requests that this Honorable Court enter a default judgment in its favor, and against the Defendant, Shawn Watkins in the amount of $1,166.36.

GRB LAW

By: /s/ David L. Scherer
　　Jessica L. Crown, Esquire
　　David L. Scherer, Esquire
　　525 William Penn Place
　　Suite 3110
　　Pittsburgh, PA  15219
　　Telephone:  (412) 281-0587
　　Facsimile:  (412) 281-2971
　　*(Counsel for Plaintiff)*