## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA, as agent for Philip Ameris, and Paul V. Scabilloni, trustees ad litem, Laborers' District Council of Western Pennsylvania Welfare and Pension Funds, Western Pennsylvania Heavy & Highway Construction Advancement Fund, and the Laborers' District Council of Western Pennsylvania and its affiliated local unions,<br><br>Plaintiff,<br><br>v.<br><br>S. WATKINS EXCAVATING and SHAWN WATKINS,<br><br>Defendant(s). | Civil Action No. 2:23-cv-01639-AJS-MPK |

### MOTION FOR DEFAULT JUDGMENT

Plaintiff, Laborer's Combined Funds of Western Pennsylvania (the "Funds" or "Plaintiff"), by and through its counsel, Jessica L. Crown, Esq., David L. Scherer, Esq. and GRB Law, files the following Motion for Default Judgment, and states as follows:

1. On September 13, 2023, this action was commenced by the Funds by the filing of a Complaint against Defendants, S. Watkins Excavating ("Watkins Excavating") and Shawn Watkins ("Mr. Watkins")(collectively, the "Defendants"). *See*, Docket at No. 1.

2. On September 21, 2023, the Complaint and Summons were served on the Defendants. *Id.*, at Nos. 5-6.

3. Pursuant to Fed. R. Civ. P. 12(a)(1)(A), Defendants were required to file and serve their response to Plaintiff's Complaint no later than October 12, 2023. *Id.*

4. On December 19, 2023, a default was entered against Defendants by the Clerk of Courts, pursuant to a Request for Default filed by the Plaintiff. *Id.*, at No. 10.

5. On January 18, 2024, the Funds filed a Motion for Default Judgment (the "Motion"). *Id.* at No. 11.

6. On March 19, 2024, this Honorable Court issued an Order, directing Plaintiff to file the relevant portions of the applicable collective bargaining agreement(s) (the "Agreements") between the Funds and Watkins Excavating on the docket. *Id.*, at No. 12.

7. On March 22, 2024, the Funds submitted a response to the aforementioned Order, which also enclosed and attached copies of both the applicable portions, as well as full versions of the Agreements, for the Court's consideration. *Id.*, at No. 15.

8. On March 28, 2024, the Court issued an Order denying the Motion without prejudice to refile same, "along with all documentary and/or other explanatory support for its default judgment calculations set forth in its Motion and affidavit. *Id.* at No. 16.

## COUNT I

## Laborers' Combined Funds of Western Pennsylvania v. S. Watkins Excavating

## ERISA Collection Action

9. Plaintiff now requests the entry of a default judgment against Defendant S. Watkins Excavating.

10. Watkins Excavating is indebted to the Funds due to its failure to pay fringe benefit contributions and wage deductions to the Plaintiff pursuant to the Agreements. *See*, Independent Building Agreement for 2015-2021 attached hereto as Exhibit "A"; *see also*, Independent Building Agreement for 2022-2026 attached hereto as Exhibit "B"; *see also*, October 8, 2019 Letter from

the Laborers International Union of North America and Laborers Local Union No. 964, enclosing signature pages for the Agreements, attached hereto as Exhibit "C".

11. The Agreements provide for the assessment of interest on the principal amount of delinquent fringe benefit contributions and wage deductions owed by Watkins Excavating. *See*, Exhibit "A" at pp 30-31; *see also* Exhibit "B" at pp 24-25.

12. The Agreements also provide for the assessment of liquidated damages/late charges and attorneys' fees based upon the amount of delinquent sums owed. *Id.*

13. As a result of the foregoing, Plaintiff requests the entry of a default judgment against Watkins Excavating in the following amount per the listed paragraphs in the Complaint.

| | |
|---|---|
| Principal deficiency per paragraph 9 of the Complaint | $8,769.82 |
| Interest after December 1, 2019 per paragraph 27 of Complaint | $4,356.10 |
| Liquidated Damages/Late Charges per paragraph 27 of Complaint | $931.18 |
| Subtotal | $14,057.10 |
| Additional Costs per Wherefore Paragraph, subparagraph d (Costs = Filing Fee + Service Costs) | $210.00 |
| TOTAL | $14,267.10 |

14. To the best of Plaintiff's knowledge, Watkins Excavating is not in the military service of the United States of America. *See,* Attached Affidavit.

WHEREFORE, Plaintiff Laborers' Combined Funds of Western Pennsylvania respectfully requests that this Honorable Court enter a default judgment in its favor, and against the Defendant, S. Watkins Excavating, in the amount of $14,267.10.

## COUNT II

## Laborers' Combined Funds of Western Pennsylvania v. Shawn Watkins

### ERISA Breach of Fiduciary Duty Action

15. Plaintiff now requests the entry of a default judgment against Defendant Shawn Watkins.

16. Mr. Watkins is indebted to Plaintiff due to his failure to pay fringe benefit contributions to Plaintiff Funds, pursuant to the Agreements. *See*, Exhibit "A" at pp 30-31; *see also* Exhibit "B" at pp 24-25.

17. The Agreements provide interest on the principal amount of delinquent fringe benefit contributions owed by Mr. Watkins. *Id.*

18. The Agreements also provide for liquidated damages/late charges and attorneys' fees based upon the amount of delinquent principal sums owed. *Id.*

19. As a result of the foregoing, Plaintiff requests the entry of a default judgment against Mr. Watkins in the following amount, per the listed paragraphs in the Complaint:

| | |
|---|---|
| Principal deficiency per paragraph 9 of the Complaint | $8,769.82 |
| Interest after December 1, 2019 per paragraph 27 of Complaint | $4,356.10 |
| Liquidated Damages/Late Charges per paragraph 27 of Complaint | $931.18 |
| Subtotal | $14,057.10 |
| Additional Costs per Wherefore Paragraph, subparagraph d (Costs = Filing Fee + Service Costs) | $210.00 |
| TOTAL | $14,267.10 |

20. To the best of Plaintiff's knowledge, Defendant Shawn Watkins is not in the military service of the United States of America. *See,* Attached Affidavit.

WHEREFORE, Plaintiff, the Laborers' Combined Funds of Western Pennsylvania, respectfully requests that this Honorable Court enter a default judgment in its favor, and against the Defendant, Shawn Watkins, in the amount of $14,267.10.

## COUNT III

### Laborer's Combined Funds of Western Pennsylvania v. Shawn Watkins

### State Common Law Conversion Action

21. Plaintiff now requests the entry of default judgment against Defendant Shawn Watkins.

22. Mr. Watkins is indebted to the Funds due to his failure to pay wage deductions to Plaintiff pursuant to the Agreements. *See*, Exhibit "A" at pp 20-21 and 30-31; *see also* Exhibit "B" at pp 16-17 and 24-25.

23. The Agreements provide for the assessment of interest on the principal amount of delinquent wage deductions owed by Watkins. *Id.*

24. The Agreement also provides for liquidated damages/late charges based upon the amount of delinquent principal sums owed. *Id.*

24. As a result of the foregoing, Plaintiff requests the entry of a default judgment against Mr. Watkins in the following amount per the listed paragraphs in the Complaint:

| | |
|---|---|
| Principal per paragraph 35 of Complaint | $721.72 |
| Interest from December 1, 2019 per paragraph 37 of Complaint | $407.96 |
| Late charges from December 1, 2019 per paragraph 38 of Complaint | $72.70 |
| TOTAL | $1,202.38 |

25. To the best of Plaintiff's knowledge, Shawn Watkins is not in the military service of the United States. *See*, Attached Affidavit.

WHEREFORE, Plaintiff Laborers' Combined Funds of Western Pennsylvania respectfully requests that this Honorable Court enter a default judgment in its favor, and against Defendant Shawn Watkins in the amount of $1,202.38.

Date: 5/29/2024

Respectfully submitted,

GRB Law

By: /s/ David Scherer
Jessica L. Crown, Esquire
David L. Scherer, Esquire
525 William Penn Place, Suite 3110
Pittsburgh, PA 15219
Telephone: (412) 281-0587
Facsimile: (412) 281-2971
*(Counsel for Plaintiff)*