## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA, as agent for Philip Ameris, and Paul V. Scabilloni, trustees ad litem, Laborers' District Council of Western Pennsylvania Welfare and Pension Funds, Western Pennsylvania Heavy & Highway Construction Advancement Fund, and the Laborers' District Council of Western Pennsylvania and its affiliated local unions,<br><br>        Plaintiffs,<br><br>v.<br><br>S. WATKINS EXCAVATING and SHAWN WATKINS,<br><br>        Defendant(s). | Civil Action No. 2:23-cv-01639-AJS-MPK |

## ORDER OF COURT

AND NOW, to wit, this __17th__ day of ____June____, 2024, upon consideration of Plaintiff's Motion for Default Judgment and Affidavit attached thereto, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion be, and hereby is GRANTED.

## COUNT I

### Laborers' Combined Funds of Western Pennsylvania v. S. Watkins Excavating

Judgment is entered in favor of the Plaintiff Laborers' Combined Funds of Western Pennsylvania and against the Defendant S. Watkins Excavating in the amount of $14,267.10, plus additional interest from May 29, 2024 at the rate of 1.25% per month.

## COUNT II

### Laborers' Combined Funds of Western Pennsylvania v. Shawn Watkins

Judgment is entered in favor of the Plaintiff Laborers' Combined Funds of Western Pennsylvania and against the Defendant Shawn Watkins in the amount of $14,267.10 plus additional interest from May 29, 2024 at the rate of 1.25% per month.

## COUNT III

### Laborers' Combined Funds of Western Pennsylvania v. Shawn Watkins

Judgment is entered in favor of the Plaintiff Laborer's Combined Funds of Western Pennsylvania and against the Defendant Shawn Watkins in the amount of $1,202.38 plus additional interest from May 29, 2024 at the rate of 1.25% per month.

s/ Arthur J. Schwab
_____
The Honorable Arthur J. Schwab,
United States District Judge